IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                              Case No. 06-2507-KHV-JPO

VETA BENSON a/k/a VETA L. BENSON
a/ka VETI BENSON a/ka VETA L. BROWN,

          Defendant.

## **CONSENT JOURNAL ENTRY OF JUDGMENT**

       This matter is presented for decision. The United States appears by Eric F. Melgren, United States Attorney for the District of Kansas, and Christina L. Medeiros, Assistant United States Attorney for said District. Defendant Veta L. Benson appears *pro se*. There are no other parties to this action.

       The court, upon examining its files and pleadings herein, finds as follows.

       1.       The complaint in this action was filed on November 21, 2006. The court has subject matter jurisdiction of this matter and jurisdiction over the parties and property that is the subject of the action.

       2.       Defendant was personally served with a summons and a copy of the complaint on January 11, 2007 (Doc. 2).

       3.       Defendant filed her answer to the complaint on January 18, 2007 (Doc. 3).

       4.       Defendant is not an infant, incompetent person or in the military service of the United States within the purview of the Soldiers' and Sailors' Relief Act of 1984, as amended.

       5.       Defendant, Veta L. Benson, on January 25, 1984, made and executed a promissory note payable to Equibank, Pittsburgh, Pennsylvania (lender), in the principal amount

of $2,500.00 together with interest thereon at the rate of 8.0 % percent per annum on the unpaid balance.

6. The promissory note was duly assigned by the lender, its successors in office and assigns. The United States is the owner and holder of said note.

7. Defendant is wholly in default under the terms of the promissory note and the Plaintiff is, therefore, entitled to judgment in the principal sum of $2,692.20, plus interest of $3,445.85 through September 13, 2006, plus interest accruing thereafter at the rate of 8% per annum or $0.59 per day to the filing of the Journal Entry, plus interest thereafter at the rate set forth in 28 U.S.C. § 1961, plus court costs and the costs of this action presently and in the future incurred.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the findings of this court are hereby made the order of this court.

IT IS FURTHER ORDERED that the United States is granted judgment against defendant, Veta L. Benson, in the principal sum of $2,692.20, plus accrued interest thereon in the sum of $3,445.85 through September 13, 2006, plus interest accruing thereafter at the rate of 8% per annum or $0.59 per day after September 13, 2006, to the date of the filing of this Journal Entry, plus interest thereafter at the rate set forth in 28 U.S.C. § 1961, which is 4.92%, plus court costs and the costs of this action presently and in the future incurred.

Dated this 19th day March 2007.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

Approved and submitted by:


ERIC F. MELGREN
United States Attorney

s/ Christina L. Medeiros
CHRISTINA L. MEDEIROS
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ks. S.Ct. No. 12884
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: chris.medeiros@usdoj.gov
Attorneys for Plaintiff


s/ Veta L. Benson
VETA L. BENSON
7916 Corona Ave.
Kansas City, KS 66101
Pro se
(written approval given to affix electronic signature)

ELECTRONICALLY SUBMITTED